MENTAL HYGIENE LEGAL
SERVICES, Plaintiff–
Appellee,

v.

Eric T. SCHNEIDERMAN, in his official capacity as Attorney General of the State of New York, Andrew Cuomo, in his official capacity as Gover-

nor of the State of New York, Michael Hogan, in his official capacity as Commissioner of the New York State Office of Mental Health, Brian Fischer, in his official capacity as Commissioner of the New York State Department of Correctional Services, Courtney Burke, in her official capacity as Commissioner of the New York State Office of Developmental Disabilities, Defendants–Appellees.

No. 11–1539–cv.

United States Court of Appeals, Second Circuit.

June 20, 2012.

Sadie Zea Ishee (Dennis Bruce Feld, on the brief), Mental Hygiene Legal Services, New York, NY, for Plaintiff–Appellee.

Steven C. Wu (Barbara D. Underwood, Benjamin N. Gutman, and Cecelia C. Chang, on the brief), for Eric T. Schneiderman, Attorney General of the State of New York, New York, NY, for Defendants–Appellants.

PRESENT: GUIDO CALABRESI, JOSÉ A. CABRANES and RAYMOND J. LOHIER, JR., Circuit Judges.

## SUMMARY ORDER

Defendants-appellants—Eric T. Schneiderman, Attorney General of the State of New York, Andrew Cuomo, Governor of the State of New York, Michael Hogan, Commissioner of the New York State Office of Mental Health, Brian Fischer, Commissioner of the New York State Department of Correctional Services, and Courtney Burke, Commissioner of the New York State Office of Developmental Disabilities (jointly, "defendants")—appeal from the April 7, 2011 order of the District Court granting a permanent injunction with respect to certain provisions of New York Mental Hygiene Law Article 10. N.Y. Mental Hyg. Law § 10. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We review a district court's grant of a permanent injunction for abuse of discretion. *Roach v. Morse*, 440 F.3d 53, 56 (2d Cir.2006); *see also Sims v. Blot*, 534 F.3d 117, 132 (2d Cir.2008) (explaining that the term of art "abuse of discretion" includes errors of law).

Upon review of the record and the arguments of counsel, it is hereby ordered that the April 7, 2011 order of the District Court is **VACATED** and **REMANDED** for reconsideration in light of our decision in *Disability Advocates, Inc. v. New York Coalition for Quality Assisted Living, Inc.*, 675 F.3d 149 (2d Cir.2012). On remand, the parties shall have a full opportunity to adduce any facts relevant to the question of whether plaintiff-appellee Mental Hygiene Legal Services can establish any of the "indicia of membership" required for a nonmembership organization to assert associational standing.

We intimate no view on the merits of the defendants' other arguments. In the interest of judicial economy, any future proceedings on appeal shall be assigned to this panel.